UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONELL THOMAS HAYNIE,<br><br>Petitioner,<br><br>v.<br><br>M. SPEARMAN,<br><br>Respondent. | No. 2:19-cv-01967 KJM AC P<br><br><br><br>ORDER |

Respondent requests withdrawal of his motion to dismiss petitioner's application for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, and asks this court to set a deadline for filing a response to petitioner's motion. Accordingly, for good cause shown, IT IS HEREBY ORDERED that:

1. Respondent's request to withdraw his motion to dismiss, ECF No. 24, is GRANTED.

2. The Clerk of Court is directed to VACATE respondent's motion to dismiss filed October 6, 2020 (ECF No. 22).

3. Respondent is directed to file a response to petitioner's habeas petition within thirty (30) days after the filing date of this order. See Rule 4, 28 U.S.C. foll. § 2254. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. See Rule 5, 28 U.S.C. foll. § 2254.

////

4. If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty (30) days after service of the answer.

5. If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty (30) days after service of the motion, and respondent's reply, if any, shall be filed and served within fourteen (14) days thereafter.

IT IS SO ORDERED.

DATED: October 20, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE