UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONELL THOMAS HAYNIE, | No. 2:19-cv-1967 KJM AC P |
| Petitioner, | |
| v. | ORDER |
| M. SPEARMAN, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se and in forma pauperis, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Before this court is a motion for an evidentiary hearing filed by petitioner on December 7, 2020. See ECF No. 31. Petitioner's first amended petition has been filed and served, as has respondent's answer. See ECF Nos. 18, 20, 26, 27. Petitioner has also filed a traverse. ECF No. 30.

Petitioner's motion for an evidentiary hearing is premature. Although the matter is fully briefed, in order to determine whether an evidentiary hearing is necessary, the court must first review the claims in the petition. Once this has occurred, if the court determines that an evidentiary hearing is warranted on any of the claims, the parties will be notified, and a hearing will be calendared.

1

1   Accordingly, IT IS HEREBY ORDERED that petitioner's motion for an evidentiary

2   hearing (ECF No. 31) is DENIED as premature.

3   DATED: February 8, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE