UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONELL THOMAS HAYNIE,<br><br>Petitioner,<br><br>v.<br><br>BRIAN CATES,<br><br>Respondent. | No. 2:19-cv-1967 KJM AC P<br><br><br>ORDER |

The order filed on February 23, 2021, ECF No. 35, is amended as follows. Petitioner shall provide reports to the court at 90-day intervals regarding the status of proceedings in In re Haynie, No. 20HC00751. Once the Sacramento County Superior Court has issued a dispositive order in that case, petitioner shall notify this court and provide a copy of the state court order within fourteen days. Counsel for respondent need not file any status reports.

In response to the document filed at ECF No. 38, the court notes that there has been no stay of this case. The matter is fully briefed and has been submitted for decision since the traverse was filed on November 16, 2020. See ECF No. 30. The court will issue Findings and

////

////

////

////

1

Recommendations addressing petitioner's claims in due course, absent notice of changed circumstances demonstrating mootness.

IT IS SO ORDERED.

DATED: May 25, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE